LEON E. BHALLIEU *vs.* JOSEPH HORSCHOWSKI.

Third Judicial District, New Haven, January Term, 1921.
WHEELER, C. J., BEACH, GAGER, CURTIS and BURPEE, JS.

A verdict reasonably reached upon conflicting testimony will not be disturbed by this court on appeal.

Argued January 19th—decided January 26th, 1921.

ACTION to recover damages for assault and battery, brought to the Superior Court in New Haven County and tried to the jury before *Webb, J.;* verdict and judgment for the plaintiff for $500, and appeal by the defendant. *No error.*

*Robert J. Woodruff,* with whom, on the brief, was *Arthur Klein,* for the appellant (defendant).

*Thomas R. Fitzsimmons,* for the appellee (plaintiff).

PER CURIAM. The verdict was rendered on conflicting evidence. If the jury believed the plaintiff's version of how the injuries for which he sues occurred, rather than that of the defendant, their verdict was justified, since reasoning men might reasonably have reached the conclusion the jury did. The appeal is wholly without merit.

There is no error.